**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-6918**

—————

CHARLES EVERETTE HINTON,

Plaintiff – Appellant,

v.

LINDA LOPEZ; ANDREW MURRAY; CHRISTIAN HOEL; JOHN DOE; JOHN DOE 2; WILLIAM ROBERT BELL,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., Chief District Judge.  (3:11-cv-00316-RJC)

—————

Submitted:  October 13, 2011        Decided:  October 18, 2011

—————

Before SHEDD, AGEE, and WYNN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Charles Everette Hinton, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Everette Hinton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hinton v. Lopez, No. 3:11-cv-00316-RJC (W.D.N.C. July 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED